UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

JASON ROE,
    Debtor.
_____/

Case No. 16-20294-dob
Honorable Daniel S. Opperman
Chapter 13

THOMAS W. MCDONALD, JR.,
    Plaintiff,
vs.

Adv. Proc. No. 16-02038-dob

WILDFIRE CREDIT UNION,
    Defendant.
_____/

## ORDER DENYING TRUSTEE'S MOTION TO DISQUALIFY

This matter having come before this Court on the Trustee's Motion to Disqualify Wildfire Credit Union's counsel, and the Court being fully advised as to the premises and having issued an opinion as to this matter on August 25, 2016 providing the reasons for this Order,

IT IS ORDERED that the Trustee's request for the disqualification of Karl L. Wenzloff and Wenzloff & Wenzloff, P.L.C. is denied without prejudice. Mr. Wenzloff and his firm may continue to represent Wildfire Credit Union in this action and in the underlying bankruptcy case for the time being and until further order of this court.

.

**Signed on September 08, 2016**

                                                **/s/ Daniel S. Opperman**
                                                **Daniel S. Opperman**
                                                **United States Bankruptcy Judge**